UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CISNEROS,<br><br>           Plaintiff,<br><br>     v.<br><br>L. MORENO, JR.,<br><br>           Defendant. | Case No.  1:19-cv-1676 JLT PC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO OPT-OUT OF THE ADR PROJECT;**<br><br>**ORDER DIRECTING CLERK OF COURT TO LIFT STAY; AND**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>**THIRTY-DAY DEADLINE** |

This case was referred to the Post-Screening Alternative Dispute Resolution ("ADR") Project on July 27, 2020. Defendants have now filed a motion to dismiss for failure to exhaust administrative remedies and a motion to dismiss as barred based on Plaintiff's request to dismiss with prejudice a previously filed case stemming from the same allegations asserted here. The Court construes Defendants' motion to dismiss as also including a motion to opt-out of the ADR Project.

Good cause appearing, the Court ORDERS as follows:

1. Defendants' motion to opt-out of the ADR project is granted;

2. The Clerk of Court is directed to lift the stay in this case; and

////

////

3. Plaintiff is directed to file his response to the motion to dismiss within thirty days from the date of this order.

IT IS SO ORDERED.

Dated: __**September 14, 2020**__                    _____**/s/ Jennifer L. Thurston**_____
                                                                             UNITED STATES MAGISTRATE JUDGE

2